**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CoSTAR REALTY INFORMATION, INC., | * | |
| | * | |
| and | * | |
| | * | |
| NATIONAL RESEARCH BUREAU, INC.; | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.: |
| | * | |
| CENTERS & MALLS, LLC, | * | |
| | * | |
| and | * | |
| | * | |
| ROBERT GALVIN, an Individual | * | |
| | * | |
| and | * | |
| | * | |
| GUY HAYS, an Individual; | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' RULE 65 MOTION FOR A TEMPORARY RESTRAINING ORDER AND REQUEST FOR HEARING**

Pursuant to Federal Rule of Civil Procedure 65, CoStar Realty Information, Inc. (hereinafter "CoStar"), and National Research Bureau, Inc. (hereinafter "NRB") through counsel, Carr Maloney P.C., respectfully moves this Court for a temporary restraining against Defendant Centers & Malls LLC ("Centers & Malls"), Robert Galvin ("Galvin"), and Guy Hays ("Hays"). Defendants' actions have already caused and will continue to cause immediate and irreparable injury, loss, and damage to Plaintiffs. Specifically, Defendants have unlawfully acquired and distributed certain proprietary and copyrighted information owned by Plaintiffs. This illegal conduct by Defendants continues to date. In addition, Defendants Galvin and Hays have violated and continue to violate their employment agreements with CoStar by unlawfully becoming

Dockets.Justia.c

employed by a CoStar competitor within one year of termination of their employment with CoStar, and by unlawfully disclosing CoStar's confidential information to third parties. Plaintiffs, therefore respectfully requests this Court to enter an Order enjoining Defendant Centers & Malls from continuing to disseminate information unlawfully taken from the CoStar/NRB copyrighted database, as well as an Order enjoining Defendants Galvin and Hays from continuing their employment with Centers & Malls. As set forth in the Certificate of Service attached hereto, Defendants have been notified of the instant motion. As support for this motion, Plaintiffs respectfully refers this Court to the attached memorandum of points and authorities.

**REQUEST FOR HEARING**

Plaintiffs request a hearing on their Motion for a Temporary Restraining Order as soon as the Court's schedule will permit.

Respectfully submitted,

CARR MALONEY P.C.

By:____________________

Thomas L. McCally, Esquire,
Kevin M. Murphy, Esquire
Nat P. Calamis, Esquire
1615 L Street, NW, Suite 500
Washington, DC 20036
(202) 310-5500 (Telephone)
(202) 310-5500 (Facsimile)
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE AND NOTICE OF HEARING

I HEREBY CERTIFY that Defendants were first informed of Plaintiffs' intent to appear before this Court pursuant to a letter sent to the home addresses of Robert Galvin, Guy Hays, and Centers & Malls LLC founder Garrett Van Siclen on April 27, 2007, via federal express, overnight delivery. This intent was further confirmed in a telephone conversation to with Hays on May 2, 2007, and voice mail messages to Galvin and Van Siclen on May 2, 2007.

In addition, letters again confirming Plaintiffs' intentions and notifying Defendants that Plaintiffs would appear before this Court on Tuesday, May 8, 2007 at 10:00 A.M. were faxed to Galvin, Hays, and Van Siclen on May 3, 2007. On May 3, 2007, Plaintiffs received a letter of representation from Mr. Walter Diercks for all Defendants. Counsel for Plaintiffs called Mr. Diercks on May 7, 2007, at 9:00 A.M. again informing him of Plaintiffs' intent to appear before this Court on May 8, 2007, at 10:00 A.M. and asking Mr. Diercks to respond. By 4:00 P.M. on May 7, 2007, no return phone call was received. As a result, Plaintiffs' counsel had a second letter hand delivered on May 7, 2007, confirming our intention to appear this Court..

I FURTHER CERTIFY that a true and accurate copy of this Motion for a Temporary Restraining Order and Memorandum in Support of Motion for a Restraining Order was hand delivered on May 7, 2007 to:

Walter E. Diercks, Esq.
Rubin, Winston, Diercks, Harris & Cooke LLP
1155 Connecticut Ave., NW, 6th Floor
Washington, DC 20036

Thomas L. McCally