# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

CO-STAR REALTY INFORMATION, INC.

And

NATIONAL RESEARCH BUREAU, INC.

Plaintiffs

V.

CENTERS & MALLS, LLC

And

ROBERT GALVIN

And

GUY HAYS

Defendants

**SUMMONS IN A CIVIL CASE**

CASE AW 07 CV 1182

TO: Guy Hays
196 New Haven Avenue, #106
Derby, CT 06418-2145

**YOU ARE HEREBY SUMMONED** and required to serve upon

Thomas L. McCally, Esq.
Carr Maloney P.C.
1615 L Street, NW
Suite 500
Washington, DC 20036

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

DATE MAY - 9 2007

(By) DEPUTY CLERK

Dockets.Justia.com

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by Keith Cox me(1) | DATE 5-11-07 |
|---|---|
| NAME OF SERVER (PRINT) Keith Cox | TITLE Office Service Assistant |

Check one box below to indicate appropriate method of service

G Served personally upon the defendant. Attorney For Place where
1155 Connecticut Ave, NW Washington DC

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were ______

G Returned

G Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed

Date 5/11/07 *Signature of Server*

Keith Cox

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.