CoStar Realty Information, Inc. et al v. Centers & Malls, LLC et al Doc. 11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **COSTAR REALTY INFORMATION, INC., ET AL.,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **V.** | ) | **Case No. 8:07 CV 1182 AW** |
| | ) | **(electronically filed)** |
| **CENTERS & MALLS, LLC, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

# NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance for defendants Centers & Malls, LLC, Guy Hays and Robert Galvin. I certify that I am admitted to practice in this Court.

Dated: May 23, 2007

/s/ Jeffrey Harris
Walter E. Diercks (Bar # 22397)
Jeffrey Harris (Bar # 03198)
Rubin, Winston, Diercks, Harris & Cooke, LLP
Sixth Floor
1155 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-0870
Attorneys for Defendants

Dockets.Justia.com