**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **COSTAR REALTY INFORMATION, INC., ET AL.,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**CENTERS & MALLS, LLC, ET AL.,**<br><br>**DEFENDANTS.** | ) | **Case No. 8:07 CV 1182 AW** |

## NOTICE OF FILING OF PROPOSED CONFIDENTIALITY ORDER

Please take notice that the below signed Defendants have requested the Court to enter the attached Protective Order with the consent of the Plaintiffs.

Dated: May 30, 2007

Respectfully submitted,

/s/ Walter E. Diercks
Walter E. Diercks (Bar # 22397)
Jeffrey Harris (Bar # 03198)
Rubin, Winston, Diercks, Harris & Cooke, LLP
Sixth Floor
1155 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-0870
Attorneys for Defendants

Dockets.Justia.com