CoStar Realty Information, Inc. et al v. Centers & Malls, LLC et al Doc. 13

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **COSTAR REALTY INFORMATION, INC., ET AL.,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 8:07 CV 1182 AW** |
| | ) | |
| **CENTERS & MALLS, LLC, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

**MOTION TO DISMISS PURSUANT TO**
**<u>FED. R. CIV. P. 12(b)2 AND b(6)</u>**

Come now the defendants Centers & Malls, LLC ("Centers & Malls"), Robert Galvin ("Galvin") and Guy Hays ("Hays"), by counsel Rubin, Winston, Diercks, Harris & Cooke, LLP, and move this Court to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(2) and (b)(6) for the reasons set forth in defendants' accompanying memorandum of law, as follows:

1. Dismiss the Complaint as the Court lacks personal jurisdiction over the defendants pursuant to Fed. R. Civ. P. 12(b)(2).
2. Dismiss Count I of the Complaint (copyright infringement) for failure to state a claim for which relief can be granted.
3. Dismiss Count II of the Complaint (breach of contract) for failure to state a claim for which relief can be granted.
4. Dismiss Count III of the Complaint (breach of contract) for failure to state a claim for which relief can be granted.
5. Dismiss Count IV of the Complaint (tortious interference with contract) for

Dockets.Justia.com

failure to state a claim for which relief can be granted.

6. Dismiss Count V of the Complaint (tortious interference with prospective business relations) for failure to state a claim for which relief can be granted.

7. Dismiss Count VI of the Complaint (Lanham Act) for failure to state a claim for which relief can be granted.

8. Dismiss Count VIII of the Complaint (constructive trust) for failure to state a claim for which relief can be granted.

9. Dismiss Count IX of the Complaint (conversion) for failure to state a claim for which relief can be granted.

10. Dismiss Count X of the Complaint (conspiracy) for failure to state a claim for which relief can be granted.

Dated: May 31, 2007

Respectfully submitted,

/s/ Walter E. Diercks

Walter E. Diercks (Bar # 22397)
Jeffrey Harris (Bar # 03198)
Rubin, Winston, Diercks, Harris & Cooke, LLP
Sixth Floor
1155 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-0870
Attorneys for Defendants