**Carr Maloney P.C.**

1615 L Street, NW
Suite 500
Washington, DC 20036-5652
(202) 310-5500
FAX (202) 310-5555
www.carrmaloney.com

Tycon Towers
8000 Towers Crescent Drive
Suite 1350
Vienna, VA 22182
(703) 691-8818

The World Trade Center
401 East Pratt Street
Suite 800
Baltimore, MD 21202
(410) 752-1570

20 Courthouse Square
Suite 214
Rockville, MD 20850
(301) 424-7024

**Kevin M. Murphy**
**(202)310-5507**
**Admitted in DC & MD**
**kmm@carrmaloney.com**

June 12, 2007

The Honorable Alexander Williams, Jr.
United States District Court
for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

RE: CoStar / Centers & Malls, LLC
Case No.: 07CV01182 AW

Dear Judge Williams:

As requested by Your Honor at the hearing on Friday, counsel for all parties have been working on versions of draft Temporary Restraining Orders. On Monday, June 11, we provided a draft Order by email to Messrs. Harris and Diercks who represent Defendant, Centers & Malls LLC. We had telephone discussions on Monday afternoon, and again this morning, with counsel for Centers and Malls LLC. We were able to come to agreement on many aspects of proposed Temporary Restraining Orders, but there remain several differences. Therefore, we submit by electronic filing, simultaneously with this letter, the Order proposed by Plaintiffs. We also are simultaneously filing a redlined version of the proposed Order, which was prepared by counsel for Defendant Centers & Malls, and which shows those changes requested by counsel for Centers & Malls. Also, as discussed with your clerk, Mr. White, we are sending to him, by email, a Word version of Plaintiff's Proposed Order for the Court's use or editing if needed.

We also want to advise the Court that the parties have engaged in some discussions of potential ways to resolve the case, and that while we are all hopeful that agreement can be reached, there are numerous issues to be addressed and details to be considered that will likely take the next few days to discuss.

Plaintiffs have also learned that Defendant, Centers & Malls LLC, as of this morning, continues to permit access to its website, and has apparently not notified its licensees to cease



Dockets.Justia.c

sale, distribution and utilization of the database, despite the Courts oral ruling on Friday June 8 that Centers & Malls LLC cease all sale, distribution and utilization of its Shopping Center database. (See attached documents from Plaintiff's investigator, Richard Hynes, who submitted an Affidavit in support of the Motion for TRO) Plaintiffs have notified Defense counsel today of this finding, and that undersigned counsel was going to provide this information to the Court. Plaintiff is willing to continue to try to reach a global accord with Defendants, but reserves the right to file a Motion for Contempt of Court proceedings.

With regard to a date for hearing on a Preliminary Injunction, counsel is unclear about whether the Court expects that to occur on July 2, or on another date. Since the TRO is, by its terms, in effect for only 10 days, counsel would request that the Court either schedule a hearing for Preliminary Injunction within 10 days, or else hold a telephonic hearing on the record to state the basis and findings for an extension of the TRO through the date of a hearing on Preliminary Injunction (such a statement of the basis for extension appears to be required by Rule 65).

Finally, the parties submitted by consent to the Court a Protective Order, and would ask that the Court address that at its convenience.

Very truly yours,

Kevin M. Murphy

KMM/yws
Enclosures
cc: Walter E. Diercks, Esquire (via e-mail and facsimile)
Jeffrey Harris, Esquire (via e-mail and facsimile)

# ATTACHMENT

# TO

# JUNE 12, 2007

# LETTER TO

# JUDGE WILLIAMS

# (9 PAGES)

## Calamis, Nat P.

**From:** Richard Hynes [richardhynes@earthlink.net]
**Sent:** Tuesday, June 12, 2007 8:07 AM
**To:** Calamis, Nat P.
**Cc:** 'Richard Hynes'; 'Richard Rosetti'
**Subject:** June 12 Sign-in

Nat,

See the attached pdf screen saves. I signed in after midnight (see file name ending SignIn.pdf) and searched Maryland (file ending MarylandSearchResults.pdf), the Albuquerque CBSA (AlbuquerqueSearchResults.pdf) and California (CaliforniaSearchResults.pdf).

I just attempted to sign in again and was successful (see Signincompleted.pdf). I searched Maryland centers (MarylandSearchResults2.pdf) and obtained a report for the Mall in Columbia (MallInColumbia.pdf).

The sign-in pages are different because in the second case I saved the page that appears after I submit my account details. In the first case I saved the search page that appears after you continue from the successful sign-in page. The search page (the first save) actually can be reached through Centers & Malls test drive function without signing in. You can successfully conduct a search after reaching that page (of Maryland properties, for example), but it will not let you see details on any property.

By the way, you can still link to Centers & Malls from the ICSC website (see the ICSC file ending in Directories.pdf). Centers & Malls is listed in the directories on the left side of the page. The Centers & Malls link directs you to the Centers & Malls home page. The test drive function allows searches of properties by state or other function. For example, I was able to search for properties owned by Simon Property Group (see SimonPropertyTestDrive.pdf), but details are not available on individual properties. When I clicked on the Aventura Mall link, I received a not-signed-in warning (see Membernotsignedin.pdf).

Note that the telltales at the bottom of each pdf file include an Adobe date and time stamp.

Best regards,

Rich Hynes

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.472 / Virus Database: 269.8.13/844 - Release Date: 6/11/2007 5:10 PM

# CENTERS&MALLS
The ICSC Worldwide Member Database

50 YEARS ICSC

10 mile radius center search

Print center profile Back Search

**Center ID/Name 24827 The Mall In Columbia**

The Mall In Columbia
10300 Little Patuxent Pkwy
Rte 175 & Rte 29
Columbia MD 21044 United States
410-730-3300
www.themallincolumbia.com

Year opened: 1971
Total GLA SqFt: 1,389,000
Center Type: Super-regional center
Center Positioning: Traditional

# of levels: 2
Hours open: M-SA 10AM-9:30PM; SU 11AM-6PM
Enclosed: yes
Kiosk/Cart: yes
Food Court: yes
Temp Tenants: yes
Mixed use: no
Center Shape: L Shape
# of anchor tenants: 11
# of non-anchor tenants: 197
Anchors GLA SqFt: 914,000
Avg tenant GLA SqFt: 7,051

## Owner/Developer
General Growth Properties, Inc
110 N Wacker Dr.
Chicago IL 60606-1511 United States

312-960-5000
www.generalgrowth.com

## Management Company
The Mall In Columbia
10300 Little Patuxent Pkwy
Columbia MD 21044-3341 United States

410-730-0030

## Leasing Agent
Jeff Sneddon
General Growth Properties, Inc
110 N Wacker Dr.
Chicago IL 60606-1511 United States

Leasing Agent
410-715-8143
www.generalgrowth.com

next page | previous page | first page | last page

**Tenants 1 to 10** **Total tenants : 182**

| Tenants | G.L.A SqFt | Store Types |
|---|---|---|
| Macy's | 220,000 | Department stores |
| Nordstrom | 173,000 | Department stores |
| JCPenney | 165,000 | Department stores |
| Sears | 138,000 | Department stores |
| Lord & Taylor | 120,000 | Department stores |
| AMC Theatres | 77,500 | Movie theaters |
| L.L. Bean | 30,000 | Apparel - Specialty |
| Gap | 12,500 | Apparel - Specialty |
| Restoration Hardware | 11,500 | Home decor/lamps/drapes |
| Talbots Accessories & Shoes | 10,500 | Apparel - Women's |

# CENTERS&MALLS
The ICSC Worldwide Member Database

50 YEARS ICSC



**Centers 1 to 13** **Center search results (250 maximum): 498**

| | | |
|---|---|---|
| The Mall In Columbia<br>Rte 175 & Rte 29<br>Columbia, MD 21044 | GLA SqFt<br>Agent<br>Phone | 1,389,000<br>General Growth Properties, Inc<br>312-960-5000 |
| Arundel Mills (* photo)<br>Baltimore/Washington Parkway and Route 100<br>Hanover, MD 21076 | GLA SqFt | 1,294,000 |
| Owings Mills Mall (* photo)<br>Reisterstown Rd & I-795 & Owings Mills Blvd<br>Owings Mills, MD 21117 | GLA SqFt<br>Agent<br>Phone | 1,285,000<br>General Growth Properties, Inc<br>312-960-5000 |
| Westfield Wheaton<br>Veirs Mill Rd & George Ave & University Blvd<br>Silver Spring, MD 20902 | GLA SqFt<br>Agent<br>Phone | 1,281,000<br>Garden State Plaza Management<br>201-843-2121 |
| Westfield Montgomery<br>Democracy Blvd & I-270<br>Bethesda, MD 20817 | GLA SqFt<br>Agent<br>Phone | 1,253,000<br>Westfield Group<br>310-274-9885 |
| Westfield Annapolis<br>NEC Rte 450 & Rte 178<br>Annapolis, MD 21401 | GLA SqFt<br>Agent<br>Phone | 1,214,000<br>Westfield Group<br>310-274-9885 |
| White Marsh Mall (* photo)<br>White Marsh Blvd & Honeygo Blvd<br>Nottingham, MD 21236 | GLA SqFt<br>Agent<br>Phone | 1,152,000<br>General Growth Properties, Inc<br>312-960-5000 |
| The Shops At Breton Bay (* photo)<br>SWC Rte 5 & Maypole Rd<br>Leonardtown, MD 20650 | GLA SqFt<br>Agent<br>Phone | 1,119,000<br>Erwin L. Greenberg Commercial Corp<br>443-394-8940 |
| National Harbor<br>6710 Oxon Hill Road<br>Oxon Hill, MD 20745 | GLA SqFt<br>Agent<br>Phone | 1,100,000<br>The Peterson Companies<br>703-227-2000 |
| Lakeforest Mall (* photo)<br>Montgomery Village Ave & Frederick Ave (MD-355)<br>Gaithersburg, MD 20877 | GLA SqFt | 1,100,000 |
| Marley Station (* photo)<br>Governor Ritchie Hwy (Rte 2) & Rte 100<br>Glen Burnie, MD 21061 | GLA SqFt | 1,100,000 |
| Beltway Plaza Mall (* photo)<br>Rte 1 & Greenbelt Rd & Kenilworth Ave<br>Greenbelt, MD 20770 | GLA SqFt<br>Agent<br>Phone | 1,080,000<br>Quantum Co.<br>301-657-9900 |
| Security Square Mall<br>I-695 (Baltimore Beltway) & Security Blvd<br>Windsor Mill, MD 21244 | GLA SqFt | 1,041,000 |

# CENTERS&MALLS
The ICSC Worldwide Member Database

50 YEARS ICSC

Excel export Print center list Back Search

next page | previous page | first page | last page

**Centers 1 to 13** **Center search results (250 maximum): 498**

| | | |
|---|---|---|
| The Mall In Columbia<br>Rte 175 & Rte 29<br>Columbia, MD 21044 | GLA SqFt<br>Agent<br>Phone | 1,389,000<br>General Growth Properties, Inc<br>312-960-5000 |
| Arundel Mills (* photo)<br>Baltimore/Washington Parkway and Route 100<br>Hanover, MD 21076 | GLA SqFt | 1,294,000 |
| Owings Mills Mall (* photo)<br>Reisterstown Rd & I-795 & Owings Mills Blvd<br>Owings Mills, MD 21117 | GLA SqFt<br>Agent<br>Phone | 1,285,000<br>General Growth Properties, Inc<br>312-960-5000 |
| Westfield Wheaton<br>Veirs Mill Rd & George Ave & University Blvd<br>Silver Spring, MD 20902 | GLA SqFt<br>Agent<br>Phone | 1,281,000<br>Garden State Plaza Management<br>201-843-2121 |
| Westfield Montgomery<br>Democracy Blvd & I-270<br>Bethesda, MD 20817 | GLA SqFt<br>Agent<br>Phone | 1,253,000<br>Westfield Group<br>310-274-9885 |
| Westfield Annapolis<br>NEC Rte 450 & Rte 178<br>Annapolis, MD 21401 | GLA SqFt<br>Agent<br>Phone | 1,214,000<br>Westfield Group<br>310-274-9885 |
| White Marsh Mall (* photo)<br>White Marsh Blvd & Honeygo Blvd<br>Nottingham, MD 21236 | GLA SqFt<br>Agent<br>Phone | 1,152,000<br>General Growth Properties, Inc<br>312-960-5000 |
| The Shops At Breton Bay (* photo)<br>SWC Rte 5 & Maypole Rd<br>Leonardtown, MD 20650 | GLA SqFt<br>Agent<br>Phone | 1,119,000<br>Erwin L. Greenberg Commercial Corp<br>443-394-8940 |
| National Harbor<br>6710 Oxon Hill Road<br>Oxon Hill, MD 20745 | GLA SqFt<br>Agent<br>Phone | 1,100,000<br>The Peterson Companies<br>703-227-2000 |
| Lakeforest Mall (* photo)<br>Montgomery Village Ave & Frederick Ave (MD-355)<br>Gaithersburg, MD 20877 | GLA SqFt | 1,100,000 |
| Marley Station (* photo)<br>Governor Ritchie Hwy (Rte 2) & Rte 100<br>Glen Burnie, MD 21061 | GLA SqFt | 1,100,000 |
| Beltway Plaza Mall (* photo)<br>Rte 1 & Greenbelt Rd & Kenilworth Ave<br>Greenbelt, MD 20770 | GLA SqFt<br>Agent<br>Phone | 1,080,000<br>Quantum Co.<br>301-657-9900 |
| Security Square Mall<br>I-695 (Baltimore Beltway) & Security Blvd<br>Windsor Mill, MD 21244 | GLA SqFt | 1,041,000 |

# CENTERS&MALLS
The ICSC Worldwide Member Database

50 YEARS ICSC

Submit | Signout

**Center ID/Name** [-- Center ID --] [-- Full or partial Center Name --] **Year opened** [-- Start] [-- End -]

**G.L.A. [in 1000s]** **Minimum SqFt** [-- Zero --] **Maximum SqFt** [-- Unlimited --]

**Country** [United States]

**State** [-- Select State --]

**City** [ ]

**County** [ ]

**Metro Area** (•) CBSA ( ) DMA [-- Select CBSA Market --]

**Contact Type** (•) Owner/Developer ( ) Management Company ( ) Leasing Company

1 - B C - E F - K L - P Q - S T - Z [-- 1 to B --]

**Retail Tenant** (•) Include ( ) Exclude

1 - B C - E F - K L - P Q - S T - Z [-- 1 to B --]

**Center Type**

- [ ] Super-regional centers
- [ ] Regional centers
- [ ] Community
- [ ] Neighborhood
- [ ] Power center
- [ ] Lifestyle
- [ ] Theme/Festival centers
- [ ] Outlet
- [ ] Airport Retail
- [ ] Retail hybrid
- [ ] Freestanding

**Center Orientation**

- [ ] Traditional (General/Broad)
- [ ] Discount/Off Price
- [ ] Grocery/Supermarket
- [ ] Fashion
- [ ] Home
- [ ] Upscale
- [ ] Entertainment
- [ ] Downtown Business Center

**Center Characteristics**

- [ ] Enclosed
- [ ] Open
- [ ] Strip
- [ ] Kiosk/Cart Area
- [ ] Food Court Area
- [ ] Temporary Tenants
- [ ] Retail/Office
- [ ] Retail/Residential
- [ ] Retail/Office & Residential
- [ ] Retail/Other
- [ ] Under Construction
- [ ] Proposed/Planned

**Category Type**

**[maximum 20 selections]** (•) Include ( ) Exclude [Apparel/Accessories] Select All Types | Clear All Categories

- [ ] Accessories
- [ ] Apparel - Children's
- [ ] Apparel - Men's
- [ ] Apparel - Specialty
- [ ] Apparel - Women's
- [ ] Bridal/formal wear
- [ ] Fine jewelry/watches
- [ ] Leather/luggage
- [ ] Optical/eyewear
- [ ] Shoes

©2006 Centers & Malls

# CENTERS&MALLS

The ICSC Worldwide Member Database

50 YEARS ICSC

Continue

**Information message :**

User sign-in successfully completed. Please continue 875141072

©2006 Centers & Malls

# CENTERS&MALLS
The ICSC Worldwide Member Database

50 YEARS ICSC



**Centers 1 to 13** **Center search results (250 maximum): 64**

| | | |
|---|---|---|
| Coronado Center<br>NWC Menaul Blvd NE & Louisiana Blvd<br>Albuquerque, NM 87110 | GLA SqFt<br>Agent<br>Phone | 1,154,000<br>General Growth Properties, Inc<br>818-459-6800 |
| Cottonwood Mall (* photo)<br>NWC Coors Bypass & Bar Loop<br>Albuquerque, NM 87114 | GLA SqFt<br>Agent<br>Phone | 1,042,000<br>Simon Property Group, Inc.<br>317-636-1600 |
| Winrock Center (* photo)<br>I-40 & Louisiana Blvd E<br>Albuquerque, NM 87110 | GLA SqFt<br>Agent<br>Phone | 877,000<br>Prizm Partners<br>469-232-3400 |
| West Bluff Shopping Center (* photo)<br>NEC I-40 & Coors Blvd NW<br>Albuquerque, NM 87120 | GLA SqFt<br>Agent<br>Phone | 430,000<br>Sedberry & Associates CRES LLC<br>505-855-7650 |
| Montgomery Plaza<br>San Mateo & Montgomery Blvd., NE<br>Albuquerque, NM 87109 | GLA SqFt<br>Agent<br>Phone | 389,000<br>Goodman Realty Group<br>505-881-0100 |
| Wyoming Mall (* photo)<br>Wyoming Blvd NE & Northeastern Blvd NE<br>Albuquerque, NM 87112 | GLA SqFt<br>Agent<br>Phone | 326,000<br>Weingarten Realty Investors<br>713-866-6000 |
| The Plaza At Paseo Del Norte (* photo)<br>NEC Coors Blvd & Paseo Del Norte<br>Albuquerque, NM 87114 | GLA SqFt | 286,000 |
| Market Center East (* photo)<br>SEC Eubank & Lomas Blvds.<br>Albuquerque, NM 87111 | GLA SqFt<br>Agent<br>Phone | 255,000<br>Sedberry & Associates CRES LLC<br>505-855-7650 |
| Hilltop Plaza (* photo)<br>NEC Rio Rancho Blvd SE (Hwy 528) & Sara Rd<br>Rio Rancho, NM 87124 | GLA SqFt<br>Agent<br>Phone | 245,000<br>Peterson Properties Real Estate Services Inc.<br>505-884-3578 |
| ABQ Uptown (* photo)<br>Louisiana Blvd Ne & Indian School Rd Ne<br>Albuquerque, NM 87109 | GLA SqFt<br>Agent<br>Phone | 220,000<br>Sedberry & Associates CRES LLC<br>505-855-7650 |
| Cottonwood Corners (* photo)<br>NEC Ellison Dr & Cottonwood Dr NW<br>Albuquerque, NM 87114 | GLA SqFt<br>Agent<br>Phone | 218,000<br>The Woodmont Company<br>817-732-4000 |
| Wal-Mart Supercenter SA<br>3500 Coors Blvd SW<br>Albuquerque, NM 87105 | GLA SqFt | 208,000 |
| Montano Plaza (* photo)<br>NEC Coors Rd & Montano Rd<br>Albuquerque, NM 87120 | GLA SqFt<br>Agent<br>Phone | 205,000<br>Eisenberg Company<br>602-468-6100 |

# CENTERS&MALLS

The ICSC Worldwide Member Database

50 YEARS ICSC

Excel export Print center list Back Search

next page | previous page | first page | last page

**Centers 1 to 13** **Center search results (250 maximum): 2495**

| Center | | |
|---|---|---|
| South Coast Plaza<br>Bristol St & 405 Fwy<br>Costa Mesa, CA 92626 | GLA SqFt<br>Agent<br>Phone | 3,000,000<br>C.J. Segerstrom & Sons<br>714-546-0110 |
| Del Amo Fashion Center (* photo)<br>Hawthorne Blvd & Sepulveda & Carson & Madrona<br>Torrance, CA 90503 | GLA SqFt | 2,608,000 |
| Lakewood Center<br>SEC Lakewood Blvd & Del Amo Blvd<br>Lakewood, CA 90712 | GLA SqFt<br>Agent<br>Phone | 2,093,000<br>Lakewood Center<br>562-531-3411 |
| Fashion Valley (* photo)<br>SWC Hwy 163 & Friars Rd (I-8 & I-163)<br>San Diego, CA 92108 | GLA SqFt<br>Agent<br>Phone | 1,708,000<br>Simon Property Group, Inc.<br>317-636-1600 |
| The Market Place in Tustin & Irvine<br>13122 Jamboree Rd<br>Irvine, CA 92602 | GLA SqFt<br>Agent<br>Phone | 1,571,000<br>The Irvine Company Retail Properties<br>949-788-9975 |
| Glendale Galleria (* photo)<br>NWC Central & Colorado<br>Glendale, CA 91210 | GLA SqFt<br>Agent<br>Phone | 1,500,000<br>General Growth Properties, Inc<br>312-960-5000 |
| Westfield Valley Fair<br>Stevens Creek Blvd & Hwy 880<br>Santa Clara, CA 95050-6709 | GLA SqFt<br>Agent<br>Phone | 1,500,000<br>Westfield Valley Fair<br>310-445-6889 |
| Ontario Mills (* photo)<br>I10 & I15<br>Ontario, CA 91764-5200 | GLA SqFt | 1,493,000 |
| Northridge Fashion Center (* photo)<br>NWC Tampa Ave & Nordhoff St<br>Northridge, CA 91324 | GLA SqFt<br>Agent<br>Phone | 1,449,000<br>General Growth Properties, Inc<br>312-960-5000 |
| Stanford Shopping Center (* photo)<br>Sandbill Rd & El Camino Real<br>Palo Alto, CA 94304 | GLA SqFt<br>Agent<br>Phone | 1,378,000<br>Simon Property Group, Inc.<br>317-636-1600 |
| Montclair Plaza<br>Central Avenue, Monte Vista Avenue<br>Montclair, CA 91763 | GLA SqFt<br>Agent<br>Phone | 1,362,000<br>General Growth Properties, Inc<br>312-960-5000 |
| Eastridge Mall<br>NEC Capitol Expwy & Tully Rd & Quimby Rd<br>San Jose, CA 95122 | GLA SqFt<br>Agent<br>Phone | 1,359,000<br>General Growth Properties, Inc<br>312-960-5000 |
| Westfield Mission Valley (* photo)<br>NEC I-8 & Mission Center Rd<br>San Diego, CA 92108-1506 | GLA SqFt<br>Agent<br>Phone | 1,358,000<br>Westfield Group<br>310-235-0080 |

# CENTERS&MALLS
The ICSC Worldwide Member Database

50 YEARS ICSC

Cancel | Order Now | Sign-in

**Member sign-in required:**

Member not signed-in or session expired! Please sign-in to proceed or Order Now to subscribe

©2006 Centers & Malls