CoStar Realty Information, Inc. et al v. Centers & Malls, LLC et al Doc. 2

FILED ENTERED
LODGED RECEIVED
JUN 08 2007
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

CoStar Realty Information, Inc., et al.

vs

Centers & Malls, LLC, et al.

PLAINTIFFS' EXHIBITS

CRIMINAL/CIVIL NO. AW-07-1182

| Exhibit No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| 1 | Collington Plaza | Florance | 06-08-2007 | 06-08-2007 |
| 2 | Chart | Florance | 06-08-2007 | 06-08-2007 |
| 3 | ICSC Membership List | | 06-08-2007 | 06-08-2007 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dockets.Justia.com