CoStar Realty Information, Inc. et al v. Centers & Malls, LLC et al Doc. 2

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**CoStar Realty Information, Inc., et al.** *

**Plaintiffs'** *

**Civil Case No.: AW-07-1182**

**v.** *

**Centers & Malls, LLC, et al.** *

**Defendants'**

*

*****

FILED ENTERED LODGED RECEIVED
JUN 08 2007
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

## ORDER

The above entitled case having come before the Court and certain physical exhibits having been offered by respective counsel, it is by the United States District Court for the District of Maryland,

**ORDERED**, that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| **PLAINTIFFS' EXHIBITS** | **DEFENDANTS' EXHIBITS** |
|---|---|
| All exhibits received | All exhibits received |
| All Government's exhibits returned: | All Defendants' exhibits returned: |

Consented to and received the above indicated exhibits this date:

Counsel for the **Plaintiffs'**: [signature]

**Defendants**: [signature]

Date: June 8, 2007

U.S. District Court (Rev. 1/1998) - Order for Return of Exhibits

Dockets.Justia.com