IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COSTAR REALTY INFORMATION, INC., et al., | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | **Case No. 8:07 CV 1182 AW** |
| | ) | |
| CENTERS & MALLS, LLC, ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

**DECLARATION OF GARRETT VAN SICLEN**
**REGARDING COMPLIANCE WITH TEMPORARY RESTRAINING ORDER**

1. My name is Garrett Van Siclen. I am over the age of eighteen and am fully competent to make this Declaration and to testify to the matters stated herein.

2. I am President and CEO of Centers & Malls, LLC, which is a defendant in the case of CoStar Realty Information, Inc., et al. v. Centers & Malls, LLC, et al. and which is the subject of the Temporary Restraining Order entered by the Court on June 12, 2007. I have personal knowledge of the following facts set forth in this Declaration.

3. On June 14 2006 I caused a copy of the letter and accompanying copy of the Temporary Restraining Order, a copy of which is attached hereto as Exhibit A, to be sent by First Class U.S. Mail, postage prepaid, to the individuals and organizations set forth in a list containing the names and addresses of all value added resellers ("VARs)" and licensees of Centers & Malls retail and/or shopping center database products and services, a copy of which is attached hereto as Exhibit B. By the letter attached as Exhibit A, Centers and Malls instructed all VARs and licensees of the Centers & Malls retail and/or shopping center database products and services to immediately cease any and all sale, distribution, and utilization of such database



CoStar Realty Information, Inc. et al v. Centers & Malls, LLC et al
Dockets.Justia.com

products and services and instructed these VARs and licensees to provide notice to all end users of these database products and services that the sale, distribution, and utilization of these products and services must be suspended.

4. Centers & Malls has instructed any and all relevant parties, including its Internet service provider Neospire Corporation, to cease and desist from hosting and providing access to the Centers & Malls retail and/or shopping center database products and services.

Further the Declarant sayeth not.

I affirm under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2007

Garrett Van Siclen