CoStar Realty Information, Inc. et al v. Centers & Malls, LLC et al Doc. 2

FILED ENTERED
LODGED RECEIVED

JUN 21 2007

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CoSTAR REALTY INFORMATION, INC., *et. al.* *
*
Plaintiffs, *
*
v. * Case No.: 07 CV 01182 AW
*
CENTERS & MALLS, LLC, *et. al.* *
*
Defendants. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## TEMPORARY RESTRAINING ORDER

In response to the conference call held between this Court and the parties on June 18, 2007, in the above-captioned matter, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, it is this 20 day of June, 2007;

ORDERED that the Temporary Restraining Order initially entered in this matter on June 8, 2007, and memorialized by the Court's June 12, 2007, written Order shall be extended, based upon the consent of Defendants, until such time as a preliminary injunction hearing is held and the Court issues a ruling with respect to Plaintiffs' request for a preliminary injunction.

IT IS SO ORDERED.

Alexander Williams, Jr.
Judge Alexander Williams, Jr.

cc: Thomas L. McCally, Esquire
Kevin M. Murphy, Esquire
Nat P. Calamis, Esquire
1615 L Street, NW, Suite 500
Washington, DC 20036
***Attorney for Plaintiffs***

Walter E. Diercks, Esquire
Jeffrey Harris, Esquire
1155 Connecticut Avenue, NW, 6th Floor
Washington, DC 20036
***Attorney for Defendants***

Dockets.Justia.com