**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **COSTAR REALTY INFORMATION, INC., ET AL.,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 8:07 CV 1182 AW** |
| | ) | |
| **CENTERS & MALLS, LLC, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Centers & Malls, L.L.C., a defendant in the above-captioned action, by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit this Court's orders ordering a Temporary Restraining Order, entered in this action after an evidentiary hearing, on June 8, 2007 and June 12, 2007, and this Court's order indefinitely extending the Temporary Restraining Order, entered in this action on June 18, 2007.

/s/ Walter E. Diercks
Walter E. Diercks (Bar # 22397)
Jeffrey Harris (Bar # 03198)
Rubin, Winston, Diercks, Harris & Cooke, LLP
Sixth Floor
1155 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-0870
Attorneys for Defendants

Dated: July 2, 2007

Dockets.Justia.com