**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

COSTAR REALTY
INFORMATION, INC., *et al.*, *
Plaintiffs
* Civil Action No.: AW-07-1182
vs.
*
CENTERS & MALLS, LLC, *et al.*,
Defendants. *

******

**ORDER**

In accordance with the accompanying Memorandum Opinion, IT IS this **5th day of July, 2007**, by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. That the Motion to Dismiss (Paper No. 13) BE, and the same hereby IS, **GRANTED-IN-PART, DENIED-IN-PART**;
2. That Counts V, VI, VIII, IX, and X of Plaintiffs' Complaint are hereby **DISMISSED**;
3. That Plaintiffs are hereby granted leave up to and including **ten (10) days** from the entry of this Order to amend their Complaint; AND
4. That the Clerk of the Court transmit a copy of this Memorandum Opinion and Order to all counsel of record.

/s/
Alexander Williams, Jr.
United States District Judge

Dockets.Justia.com