**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**TRANSCRIPT ORDER**
READ INSTRUCTIONS ON PAGE TWO BEFORE COMPLETING

Case Style CoStar Realty Information, Inc. et al. v. Centers & Malls, LLC, et al.
Dist. Ct. No. 07CV1182AW District of Maryland
Date Notice of Appeal filed July 2, 2007 Ct. of Appeals No. ____________
Name of Court Reporter/Electronic Rec. Gloria Williams
Address of Reporter United States Courthouse, Room 200, 6500 Cherrywood Lane, Greenbelt, MD 20770

To be completed by party ordering transcript -- do not submit form until financial arrangements have been made with the reporter or CJA Form 24 has been submitted to district judge for approval. Appellant must submit this form to the court reporter and file a copy with the district court within 10 days of filing the notice of appeal. The original CJA Form 24 should be filed with the district judge for approval. If copies of this form (and CJA Form 24 if applicable) are not attached to the docketing statement filed in the Court of Appeals and served on opposing counsel within 14 days of the Court's docketing notice, the appeal will be subject to dismissal pursuant to Fourth Circuit Local Rule 45. A separate transcript order must be completed for each reporter from whom a transcript is requested.

A. This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate total number of pages].

**NOTE TO COURT REPORTER:** *The Fourth Circuit requires that the name of the witness and the type of examination appear in the top margin of each page of witness testimony in accordance with § 18.9.9 of the Federal Court Reporters' Manual.*

| **PROCEEDING** | **HEARING DATE(S)** |
|---|---|
| ☐ Voir Dire | |
| ☐ Opening Statement (Plaintiff) | |
| ☐ Opening Statement (Defendant) | |
| ☐ Closing Argument (Plaintiff) | |
| ☐ Closing Argument (Defendant) | |
| ☐ Opinion of Court | |
| ☐ Jury Instructions | |
| ☐ Sentencing | |
| ☐ Bail Hearing | |
| ☒ Pre-Trial Proceedings (specify) Motion Hearings | June 8, 2007; June 18, 2007; July 2, 2007 |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

CoStar Realty Information, Inc. et al v. Centers & Malls, LLC et al Doc. 36

**TOTAL ESTIMATED PAGES** 170

**NOTE:** *FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED IS GROUNDS FOR DISMISSAL OF AN APPEAL.*

B. I certify that I have contacted the court reporter (or coordinator if electronic recording from the District of Maryland) and satisfactory financial arrangements for payment of the transcript have been made.

☒ Private funds. (Deposit of $256.30 enclosed with court reporter's copy. Check No. 1314 .)
☐ Criminal Justice Act. A CJA Form 24 has been submitted to the district judge. (Attach a photocopy of the CJA 24 to the court of appeals' and reporter's copies. The CJA 24 does not have to be approved prior to submission of a copy.)
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been submitted to the district judge.
☐ Advance payment waived by court reporter.
☐ Federal Public Defender - no CJA Form 24 necessary.
☐ United States appeal - copy of litigation expense form attached, if applicable.

Signature [signature] Typed name Walter E. Diercks
Address 1155 Connecticut Ave., NW, Sixth Floor, Washington, DC 20036
Telephone No. (202) 861-0870 Date Sent to Reporter July 12, 2007

Dockets.Justia.com

**RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP**

1314

VENDOR: CHECK NO:

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|

7/12/07 $256.30 payable to Gloria Williams
Court Reporter for US Courthouse
US Court of Appeals, 4th Circuit
for transcripts on
6/8/07, 6/18/07 and 7/2/07

Bill # Centers & Malls 971

1314

**RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP**
1155 CONNECTICUT AVE, NW, 6TH FLOOR
WASHINGTON, DC 20036

CAPITAL BANK, N.A.
ROCKVILLE, MD 20852
65-334-550

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 1314 | 7/11/07 | |

PAY

CHECK AMOUNT

Two Hundred Fifty-Six Dollars and *********30/100 $256.30

TO THE ORDER OF Gloria Williams

Details on back. Security Features Included.

⑈001314⑈ ⑆055003340⑆ 0110877911⑈

**RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP**

1314

VENDOR: CHECK NO:

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com