# TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing<br>☐ Cross Appeal<br>☐ Interlocutory Appeal<br>☐ Additional NOA<br>☐ Amended NOA<br>_ Transmittal of Record<br>☐ Supplement to ROA<br>☐ Transmittal of Certificate<br>☐ Other | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT GREENBELT<br><br>Caption:<br>CoStar Realty Information, Inc.<br>vs.<br>Centers & Malls, LLC, et al. | District Court Case No. AW 07-1182<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 7/2/07 | 4. Fees<br>☐ USA no fee required<br>$5 filing fee: X paid _ unpaid<br>$450 docketing fee: X paid _ unpaid<br>Pauper status: __ granted ☐ denied ☐ pending in District Court<br>Does PLRA apply? ☐ yes ☐ no 3 strikes? ☐ yes ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 2. Amended NOA filed: | |
| 3. District Judge:<br>Alexander Williams, Jr. | 5. Materials Under Seal in District Court? _ yes X no<br>Party Names Under Seal in District Court? ☐ yes X no |
| 6. Official Court Reporter(s):<br>Gloria Williams<br><br>For Electronically Recorded:<br>Coordinator(s):<br>Stephanie Savoy (410) 962-3928<br>Kathy Chiarizia (301) 344-3104 | 7. Transcript<br>In-Court Hearing Held? X yes _ no<br><br>8. Criminal/Prisoner Cases<br>☐ recalcitrant witness<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation<br>Defendant's Address: |

**Part II** TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #__________ |
|---|---|
| Pleadings: Vols.__________ | Pleadings: Vols.__________ |
| Transcript: Vols.__________ | Transcript: Vols.__________ |
| Exhibits: Vols.__________ | Exhibits: Vols.__________ |
| Depositions: Vols.__________ | Depositions: Vols.__________ |
| State Ct. Record: Vols.__________ | State Ct. Record: Vols.__________ |
| Sealed: Vols.__________ | Sealed: Vols.__________ |
| No. of Boxes __________ | No. of Boxes __________ |

Deputy Clerk: Kathy Chiarizia Phone: (301) 344-3104 Date: July 13, 2007