**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CoSTAR REALTY INFORMATION, INC. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.: 07 CV 01182 AW |
| | * | |
| CENTERS & MALLS, LLC, *et. al.* | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT REPORT RELATING TO EARLY SETTLEMENT CONFERENCE, DEPOSITION HOURS, MAGISTRATE CONSENT, AND CONFERENCE REGARDING ELECTRONIC DISCOVERY**

Plaintiff, CoStar Realty Information, Inc. ("CoStar"), and Defendants Centers & Malls, LLC, Robert Galvin, and Guy Hays ("Defendants"), through counsel and pursuant to the Scheduling Order in this matter, hereby state as follows:

1. **Early Settlement Conference:** The parties do not unanimously agree to request an early settlement/ADR conference.

2. **Deposition Hours:**

**a. Plaintiff's Position**

CoStar anticipates the need to take the depositions of several fact witnesses to determine how the Centers & Malls database was created and modified, including Centers & Malls President Garrett Van Siclen, Partner Carmine Iosue, a representative from Centers & Malls' internet service provider Neospire, and a representative from Centers & Malls' computer programmer Eldon Computer Associates. This information will be necessary to prove that the Centers & Malls database was copied from the Shopping Center Directory. CoStar anticipates that each of the above listed depositions will last a full day (7 hours). CoStar also needs to take

Dockets.Justia.com

the depositions of Defendants Robert Galvin and Guy Hays to prove their various tort claims against each of these individuals. CoStar anticipates that both of these depositions will last a full day. CoStar also anticipates the need to take depositions of representatives from several value added resellers and/or customers of the Centers & Malls database to determine potential damages arising from Centers & Malls' alleged copyright infringement. Taking depositions from representatives of these companies is the only way that CoStar can determine the extent of the distribution of its misappropriated database. CoStar anticipates taking at least ten such depositions, each lasting 4-5 hours.

CoStar therefore respectfully requests that the Court permit it to take 100 hours of deposition testimony. CoStar does not believe that 100 deposition hours for this matter is excessive, given the fact that the case arises out of the alleged misappropriation of a database that CoStar spent millions of dollars acquiring, and given the fact that CoStar's damages from this alleged misappropriation are extremely difficult to quantify.

**b. Defendants' Position**

Defendants do not consent to CoStar's request for deposition hours because they believe it is grossly excessive and the burden and expense of CoStar's proposed 100 hours of depositions outweighs its likely benefit, taking into account the needs of the case, the amount in controversy, the Defendants' resources, the importance of the issues at stake in the litigation, and the importance of the proposed discovery in resolving the issues. Defendants believe that the 25 hours of deposition testimony per side as set forth in the Scheduling Order is more than sufficient.

3. **Consent to proceed before a United States Magistrate Judge:** The parties do not unanimously consent to proceed before a United States Magistrate Judge.

4. **Conference regarding discovery of electronically stored information:** Counsel for the parties conferred regarding the discovery of electronically stored information, and counsel for CoStar intends to provide counsel for defendants with a proposed discovery plan for electronically stored information within the next fourteen (14) days.

Respectfully submitted,

CARR MALONEY P.C.

Nat Calamis

______________________________

Thomas L. McCally
Kevin M. Murphy
Nat P. Calamis
1615 L Street, NW, Suite 500
Washington, DC 20036
(202) 310-5500
Counsel for Plaintiff

RUBIN WINSTON DIERCKS
HARRIS & COOKE, LLP

Walter E. Diercks /s/

______________________________

Jeffrey Harris
Walter E. Diercks
1155 Connecticut Avenue, NW
6th Floor
Washington, DC 20036
(202) 861-0870
Counsel for Defendants