CoStar Realty Information, Inc. et al v. Centers & Malls, LLC et al Doc. 4

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

CO-STAR REALTY INFORMATION, INC.

And

NATIONAL RESEARCH BUREAU, INC.

Plaintiffs

V.

CENTERS & MALLS, LLC

And

ROBERT GALVIN

And

GUY HAYS

Defendants

**SUMMONS IN A CIVIL CASE**

CASE No.: 07CV 01182 AW

TO: GARRETT VAN SICLEN
49 Vaughn Farm Road
Manchester Center, Vermont 05255

**YOU ARE HEREBY SUMMONED** and required to serve upon

Thomas L. McCally, Esq.
Carr Maloney P.C.
1615 L Street, NW
Suite 500
Washington, DC 20036

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

DATE 7/27/07

(By) DEPUTY CLERK

Dockets.Justia.com