CoStar Realty Information, Inc. et al v. Centers & Malls, LLC et al Doc. 49

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

NO. 07-1659

CoStar Realty Information, Inc.

vs. Civil No. AW 07-1182

Centers & Malls, LLC

**CERTIFICATE**

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland, certify that the record in this case is complete for the purposes of the appeal and is available for transmission to the court of appeals upon request.

Date: August 7, 2007

Felicia C. Cannon, Clerk

By ________/s/__________
Deputy Clerk



Dockets.Justia.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

NO. 07-1659

CoStar Realty Information, Inc.

vs. Civil No. AW 07-1182

Centers & Malls, LLC

**CERTIFICATE**

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland, certify that the record in this case is complete for the purposes of the appeal and is available for transmission to the court of appeals upon request.

Date: August 7, 2007

Felicia C. Cannon, Clerk

By ________/s/__________
Deputy Clerk