**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CoSTAR REALTY INFORMATION, INC.** ***et al,*** | * | |
| **Plaintiffs,** | * | **Civil Action No. 8:07-CV-01182-AW** |
| **v.** | * | |
| **CENTERS & MALLS, LLC., *et al,*** | * | |
| **Defendants.** | * | |

******************************************************************************

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, IT IS this 28th day of August, 2007 by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. That the Motion to Remove "Confidential" Designation filed by Plaintiff CoStar Realty Information, Inc. (Paper No. 30) BE, and the same hereby IS, **GRANTED**;
2. That the Motion to Stay Proceedings Pending Appeal filed by Defendants (Paper No. 38) BE, and the same hereby IS, **DENIED**;
3. That the Defendants will have ten (10) days from the issuance of this order to designate only those *specific* portions of the depositions of Robert Galvin, Guy Hays, and Centers & Malls corporate designee Garrett van Siclen that Defendants believe are confidential; AND
4. That the Clerk of the Court transmit copies of this Opinion and Order to all parties of record.

/s/
Alexander Williams, Jr.
United States District Judge

Dockets.Justia.com