CoStar Realty Information, Inc. et al v. Centers & Malls, LLC et al Doc. 55

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICTOF MARYLAND**

COSTAR REALTY INFORMATION, INC., ETAL.)
)
PLAINTIFFS )
)
vs. ) CASE NO.: 07-CV-01182-AW
)
)
CENTERS & MALLS, LLC, ET AL. )
)
)
DEFENDANTS )
)

**ENTRY OF APPEARANCE**

Madam Clerk:

Please enter the appearance of undersigned counsel as the attorney for Garrett Van Siclen, Defendant.

Respectfully Submitted,

/s/ Neal M. Janey___________________
NEAL M. JANEY
Federal Bar No. 02285
928 North Charles Street, A-2
Baltimore, Maryland 21201
Telephone: 410-340-6616
Facsimile: 410-244-8568

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of September, 2007, a true copy of the foregoing Entry of Appearance was filed, and if necessary, hard copies will be mailed, in accordance with the Electronic Filing Requirements and Procedures of the United States District Court for the District of Maryland

/S/ Neal M. Janey__________________________
Neal M. Janey