CoStar Realty Information, Inc. et al v. Centers & Malls, LLC et al Doc. 60

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CoSTAR REALTY INFORMATION, INC. *
*
Plaintiffs, *
*
v. * Case No.: 07 CV 01182 AW
*
CENTERS & MALLS, LLC, *et. al.* *
*
Defendants. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff, CoStar Realty Information, Inc. ("CoStar"), and Defendants Centers & Malls, LLC, Robert Galvin, Guy Hays, and Garrett Van Siclen, through their respective undersigned counsel and pursuant to Rule 7 of the Federal Rules of Civil Procedure, hereby file this joint consent motion respectfully requesting that this Court amend the Scheduling Order in this matter to extend the discovery deadline and submission of status report until December 21, 2007 and to extend the dispositive motions deadline until January 18, 2007. As support for this Motion, the parties respectfully refer this Court to the attached Memorandum of Points and Authorities.

Respectfully submitted,

RUBIN, WINSTON, DIERCKS, HARRIS & COOKE LLP

/s/ Walter E. Diercks
Walter E. Diercks, Esquire
Jeffrey Harris, Esquire
1155 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20036
(202) 861-0870 (Telephone)
(202) 429-0657 (Facsimile)

CARR MALONEY P.C.

/s/ Nat P. Calamis
Thomas L. McCally, Esquire
Nat P. Calamis, Esquire
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)



Dockets.Justia.com

__/s/ Neal M. Janey____________________
Neal M. Janey, Esquire
928 North Charles Street
Suite A-2
Baltimore, Maryland 21201
(410) 340-6616 (Telephone)
(410) 244-8568 (Facsimile)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of November, 2007, a copy of the foregoing ***Joint Motion to Extend the Scheduling Order*** was electronically mailed to:

Walter E. Diercks, Esquire
Jeffrey Harris, Esquire
Rubin, Winston, Diercks, Harris & Cooke LLP
1155 Connecticut Avenue, NW, 6th Floor
Washington, D.C. 20036

Neal M. Janey, Esquire
928 North Charles Street, A-2
Baltimore, Maryland 21201

__/s/ Nat P. Calamis____________
Nat P. Calamis

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CoSTAR REALTY INFORMATION, INC. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.: 07 CV 01182 AW |
| | * | |
| CENTERS & MALLS, LLC, *et. al.* | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

In support of the foregoing Motion, the parties state as follows:

1. A Scheduling Order was initially issued in this matter on July 5, 2007. Pursuant to the initial Scheduling Order, the discovery deadline and submission of status report was set for November 19, 2007, and the pre-trial dispositive motions deadline was set for December 17, 2007.

2. During the course of discovery in this matter, CoStar noted the depositions of several key fact witnesses for the weeks of October 22nd, 2007 and October 29th, 2007. Immediately prior to the first of these depositions, the parties began engaging in settlement discussions.

3. In the midst of these negotiations, counsel for the parties agreed to postpone the depositions with the understanding that the depositions would be rescheduled should negotiations fail to resolve the matter.

4. The parties are currently still involved in good faith negotiations attempting to resolve this matter, and believe that there is a strong possibility that the matter will be resolved by the end of the month. However, should these negotiations fail;

it would not be possible for the parties to take the necessary fact witness depositions within the time frame of the current scheduling order.

5. The parties therefore respectfully request that the Court amend the Scheduling Order in this matter in the manner set forth in the attached proposed order. Specifically, the parties request that the discovery deadline and submission of status report be extended from November 19, 2007 until December 21, 2007, and that the dispositive pretrial motions deadline be extended from December 17, 2007 until January 18, 2007.

Respectfully submitted,

CARR MALONEY P.C.

By ____/s/ Nat P. Calamis______

Thomas L. McCally, Esquire
Nat P. Calamis, #16879
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CoSTAR REALTY INFORMATION, INC., *et. al.* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.: 07 CV 01182 AW |
| | * | |
| CENTERS & MALLS, LLC, *et. al.* | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Upon consideration of the parties' Joint Motion to Amend the Scheduling Order, it is this _____ day of _________, 2007;

ORDERED, that the parties' Joint Consent Motion to Amend the Scheduling Order is hereby GRANTED; and it is further;

ORDERED, that the Scheduling Order is hereby amended to reflect the following deadlines:

| | |
|---|---|
| Discovery Deadline; Submission of Status Report | December 21, 2007 |
| Dispositive Pretrial Motions Decided | January 18, 2007 |

SO ORDERED.

_________________________________
Judge Alexander Williams, Jr.

cc:

Thomas L. McCally, Esquire
Nat P. Calamis, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
***Attorney for Plaintiff***

Walter E. Diercks, Esquire
Rubin, Winston, Diercks, Harris & Cooke LLP
1155 Connecticut Ave., N.W., 6th Floor
Washington, D.C. 20036
***Attorney for Defendants Centers & Malls, LLC, Robert Galvin, and Guy Hays***

Neal M. Janey, Esquire
928 North Charles Street, A-2
Baltimore, Maryland 21201
***Attorney for Defendant Garrett Van Siclen***