CoStar Realty Information, Inc. et al v. Centers & Malls, LLC et al Doc. 63

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| COSTAR REALTY INFORMATION, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. AW-07-1182 |
| CENTERS & MALLS, LLC, *et al.*, | * | |
| Defendants. | * | |

******************************************************************************

**ORDER**

The Court has been advised that the above action has been settled, including all counterclaims, cross-claims, and third-party claims, if any. The parties have submitted a Stipulation for Entry of Judgment and Permanent Injunction (Docket No. 62) for the Court's approval. The parties have agreed to resolve this Action and have entered into a formal written Settlement Agreement and Mutual Release, the terms of which are included therein. Accordingly, IT IS this **18th day of January, 2008**, by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. That Judgment and Permanent Injunction BE entered against Defendants Centers & Malls, LLC, and Garrett Van Siclen pursuant to the Stipulation for Entry of Judgment and Permanent Injunction (Docket No. 62);

2. That Defendants Centers & Malls, LLC, Robert Galvin, and Guy Hays' Motion to Dismiss First Amended Complaint (Docket No. 48) BE, and the same hereby IS, **DENIED-AS-MOOT**;

3. That Defendant Garret Van Siclen's Motion to Dismiss (Docket No. 57) BE, and

Dockets.Justia.com

the same hereby IS, **DENIED-AS-MOOT**;

4. That the Clerk of the Court **CLOSE** this case; AND

5. That the Clerk of the Court transmit copies of this Order to counsel of record.

/s/

Alexander Williams, Jr.
United States District Court