## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CoSTAR REALTY INFORMATION, INC. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.:  07 CV 01182 AW |
| | * | |
| CENTERS & MALLS, LLC, *et al.* | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF SATISFACTION OF JUDGMENT**

Plaintiff, CoStar Realty Information, Inc. hereby files this Notice of Satisfaction of the stipulated Judgment entered in this action against Centers & Malls, LLC and Garrett Van Siclen.  The clerk of the Court is requested to indicate in the Court records that this judgment has been satisfied.

Respectfully submitted,

CARR MALONEY P.C.

By:____/s/ Nat P. Calamis_____
    Thomas L. McCally, Esquire
    Kevin M. Murphy, Esquire
    Nat P. Calamis, Esquire
    1615 L Street, NW, Suite 500
    Washington, DC  20036
    (202) 310-5500/(202) 310-5500
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 20th day of February, 2008, a copy of the foregoing was electronically mailed and sent via first class mail to: Walter E. Diercks and Jeffrey Harris, attorneys for Defendants, Rubin, Winston, Diercks, Harris & Cooke LLP, 1155 Connecticut Avenue, NW, 6th Floor, Washington, DC 20036.

                                                    ___/s/ Nat P. Calamis_____
                                                    Nat P. Calamis