CoStar Realty Information, Inc. et al v. Centers & Malls, LLC et al Doc. 66

FILED: February 20, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

___________________

No. 07-1659
(8:07-cv-01182-AW)

___________________

COSTAR REALTY INFORMATION, INCORPORATED, a Delaware corporation

Plaintiff - Appellee

v.

CENTERS & MALLS, LLC, a Delaware corporation

Defendant - Appellant

and

ROBERT GALVIN, an individual; GUYS HAYES, an individual

Defendants

___________________

RULE 42(b) MANDATE

___________________

This Court's order dismissing this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure takes effect

Dockets.Justia.com

this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*